**ALBERICI CORPORATION, as Plan Administrator for Alberici Companies Retirement Plan; Plaintiff–Appellee,**

**Gary Davis, Intervenor Plaintiff–Appellee,**

v.

**Helen E. DAVIS, Defendant–Appellant.**

No. 06–1009.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 17, 2006.

Filed: July 6, 2006.

---

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

Daniel J. Schwartz, William Christopher Dunning, Greensfelder & Hemker, St. Louis, MO, for Plaintiff–Appellee.

Richard S. Bender, David G. Bender, Rosenblum & Goldenhersh, Clayton, MO, for Intervenor Plaintiff–Appellee.

Susan Kreher Roach, The Roach Law Firm, Clayton, MO, for Defendant–Appellant.

Before BYE, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Helen Davis appeals the district court's grant of summary judgment in favor of Alberici Corporation and Gary Davis, holding a domestic relations order entered in connection with the Davis's divorce was not a qualified domestic relations order (QDRO) as defined by 29 U.S.C. § 1056(d)(3)(D)(ii) of the Employee Retirement Income Security Act. The district court [1] concluded the domestic relations order would require Alberici to pay Helen benefits in excess of the amount in Gary's retirement account. Therefore, it violated § 1056(d)(3)(D)(ii)'s prohibition against paying increased benefits and was not a QDRO. We agree. Because an extended discussion would add nothing to the well-reasoned order of the district court, we affirm under 8th Cir. R. 47B.

[1]. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.